**APPENDIX A**
**Accused Instrumentalities**

| | |
|---|---|
| **Defendant Lenovo Accused Instrumentalities** | 500w<br>Chromebook 5i<br>Chromebook Flex 5<br>Flex 5i Chromebook<br>IdeaCentre AIO 3<br>IdeaCentre Mini 5i<br>IdeaPad 3<br>IdeaPad 3i<br>IdeaPad 5i<br>IdeaPad Flex 5<br>IdeaPad Gaming 3<br>IdeaPad Gaming 3i<br>IdeaPad Slim 7 Carbon<br>IdeaPad Slim 9<br>Legion 5<br>Legion 5 Pro<br>Legion 5i<br>Legion 5i Pro<br>Legion 7i<br>Legion Phone Duel<br>Legion Phone Duel 2<br>Legion Phone Duel 2 Pro<br>Legion Slim 7<br>Legion Slim 7i<br>Legion Tower 5<br>Legion Tower 5i<br>Legion Tower 7i<br>Motorola Edge<br>Motorola Edge+<br>Motorola Edge S<br>Motorola Edge 20 Pro<br>Motorola Edge 30<br>Motorola Moto G100<br>Slim 9i<br>ThinkBook 13s<br>ThinkBook 13x<br>ThinkBook 14<br>ThinkBook 14s<br>ThinkBook 14s Yoga<br>ThinkBook 15<br>ThinkBook Plus<br>ThinkCentre M70a All-in-One<br>ThinkCentre M70q Tiny<br>ThinkCentre M90q Tiny<br>ThinkPad E14 |

A1

**APPENDIX A**
**Accused Instrumentalities**

| |
|---|
| ThinkPad E15 |
| ThinkPad L13 |
| ThinkPad L13 Yoga |
| ThinkPad L14 |
| ThinkPad L15 |
| ThinkPad P1 |
| ThinkPad P14s |
| ThinkPad P15 |
| ThinkPad P15v |
| ThinkPad P16 |
| ThinkPad P16s |
| ThinkPad P17 |
| ThinkPad T14 |
| ThinkPad T14s |
| ThinkPad T15 |
| ThinkPad T15g |
| ThinkPad T15p |
| ThinkPad T16 |
| ThinkPad X1 Carbon |
| ThinkPad X1 Extreme |
| ThinkPad X1 Fold |
| ThinkPad X1 Nano |
| ThinkPad X1 Titanium Yoga |
| ThinkPad X1 Yoga |
| ThinkPad X12 detachable |
| ThinkPad X13 |
| ThinkPad X13 Yoga |
| ThinkStation P340 SFF Workstation |
| ThinkStation P340 Tiny Workstation |
| ThinkStation P340 Tower Workstation |
| ThinkStation P348 Tower Workstation |
| ThinkStation P350 SFF Workstation |
| ThinkStation P350 Tiny Workstation |
| ThinkStation P350 Tower Workstation |
| ThinkStation P360 Tiny Workstation |
| ThinkStation P360 Tower Workstation |
| Yoga 6 |
| Yoga 7 |
| Yoga 7i |
| Yoga 9 |
| Yoga 9i |
| Yoga AIO 7 |

A2