**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| A wireless OFDM (Orthogonal Frequency Division Multiplexing) transceiver comprising: | The Accused Instrumentalities comprise a wireless OFDM (Orthogonal Frequency Division Multiplexing) transceiver that comprises the following technical elements and limitations, as described in the Wi-Fi 6 Standard.<br><br>For example, devices that comply with the IEEE 802.11ax standard ("Wi-Fi 6") comprise a wireless OFDM (Orthogonal Frequency Division Multiplexing) transceiver.<br><br>Specifically, Wi-Fi 6 devices comprise a wireless OFDM transceiver that is capable of transmitting and receiving ("transceiving") physical layer protocol data units (PPDUs).  This is indicated below:[1]<br><br>**27. High-efficiency (HE) PHY specification**<br><br>**27.1 Introduction**<br><br>**27.1.1 Introduction to the HE PHY**<br><br>Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br><br>— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.<br>— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.<br>— Clause 19 if the HE STA is operating in the 2.4 GHz band.<br>— Clause 17 if the HE STA is operating in the 6 GHz band. |

---

[1] IEEE Std 802.11ax-2021, Sec. 27.1.1.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  |  |
| a wireless OFDM communications transmitter operable to generate a first packet type comprising a first header field, wherein the first header field comprises two parts, a first part comprising a first set of header bits of the first header field and a second part comprising a second set of header bits of the first header field, wherein the first set of header bits of the first header field is different than the second set of header bits of the first header field; and | The Accused Instrumentalities comprise a wireless OFDM communications transmitter operable to generate a first packet type comprising a first header field, wherein the first header field comprises two parts, a first part comprising a first set of header bits of the first header field and a second part comprising a second set of header bits of the first header field, wherein the first set of header bits of the first header field is different than the second set of header bits of the first header field.<br><br>For example, Wi-Fi 6 devices comprise a wireless OFDM communications transmitter operable to generate a first packet type comprising a first header field, wherein the first header field comprises two parts, a first part comprising a first set of header bits of the first header field and a second part comprising a second set of header bits of the first header field, wherein the first set of header bits of the first header field is different than the second set of header bits of the first header field.<br><br>Wi-Fi 6 devices comprise a wireless OFDM communications transmitter operable to generate a first packet type comprising a first header field. Specifically, Wi-Fi 6 devices comprise a high-efficiency (HE) station (STA) that can transmit the high-efficiency single user physical layer protocol data unit (HE SU PPDU) format, among other PPDU formats:[2]<br><br>The HE PHY provides support for midambles. Midambles facilitate updating of the channel estimate during HE PPDU reception and might be of use in high mobility scenarios that often result in significant variations of the wireless channel over the duration of a PPDU.<br><br>An HE STA shall support the following features:<br>— Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth.<br><br>See also:[3] |

---

[2] IEEE Std 802.11ax-2021, Sec. 27.1.1.

[3] IEEE Std 802.11ax-2021, Sec. 3.2.

2

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | **high-efficiency (HE) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE SU PPDU):** A PPDU transmitted with HE SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).<br><br>The HE SU PPDU is a first packet type comprising a first header field.  Specifically, the HE SU PPDU comprises the HE-SIG-A field.  This is indicated below:[4]<br><br>**27.3.4 HE PPDU formats**<br><br>Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.<br><br>NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.<br><br>The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.<br><br><br><br>**Figure 27-8—HE SU PPDU format** |

---

[4] IEEE Std 802.11ax-2021, Sec. 27.3.4.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | See also:[5] |

---

[5] IEEE Std 802.11ax-2021, Sec. 27.3.4.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The fields of the HE PPDU formats are summarized in Table 27-11. |

**Table 27-11—HE PPDU fields**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

The RL-SIG, HE-SIG-A, HE-STF, HE-LTF, and PE fields are present in all HE PPDU formats. The HE-SIG-B field is present only in the HE MU PPDU. The PE field is defined in 27.3.13.

The L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, and HE-SIG-B fields are referred to as *pre-HE modulated fields*, while the HE-STF, HE-LTF, Data, and PE fields are referred to as *HE modulated fields*.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The first header field comprises two parts. Specifically, the HE-SIG-A field comprises two subfields, HE-SIG-A1 and HE-SIG-A2. This is indicated below:[6]<br><br>**27.3.6.6 Construction of HE-SIG-A field**<br><br>a) For an HE SU PPDU, HE MU PPDU, and HE TB PPDU, the HE-SIG-A field consists of two subfields, HE-SIG-A1 and HE-SIG-A2 as defined in 27.3.11.7, and is constructed as follows:<br><br>1) Obtain the HE-SIG-A field values from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits.<br><br>2) BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6.<br><br>3) BCC interleaver: Interleave as described in 27.3.12.8.<br><br>4) Constellation mapper: BPSK modulate the first 52 interleaved bits as described in 17.3.5.8 to form the first OFDM symbol of the HE-SIG-A field. BPSK modulate the second 52 interleaved bits to form the second OFDM symbol of the HE-SIG-A field.<br><br>5) Pilot insertion: Insert pilots as described in 17.3.5.9.<br><br>6) Duplicate and phase rotation: Duplicate the HE-SIG-A OFDM symbols over each occupied 20 MHz subchannel of the channel width. Apply the appropriate phase rotation for each occupied 20 MHz subchannel as described in 27.3.10 and 21.3.7.5.<br><br>7) CSD per STS: If the TXVECTOR parameter BEAM_CHANGE is 0, apply CSD per STS for each space-time stream and frequency segment as described in 27.3.11.2.2 before spatial mapping.<br><br>8) Spatial mapping: If the TXVECTOR parameter BEAM_CHANGE is 0, apply the $A$ matrix and the $Q$ matrix as described in 27.3.11.7.4.<br><br>9) IDFT: Compute the inverse discrete Fourier transform.<br><br>10) CSD per chain: If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, apply CSD per chain for each transmit chain and frequency segment as described in 27.3.11.2.1.<br><br>11) GI and windowing: Prepend a GI ($T_{GI,Pre-HE}$), and apply windowing as described in 27.3.10.<br><br>12) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details. |

---

[6] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | A first part comprises a first set of header bits of the first header field. Specifically, the HE-SIG-A1 subfield comprises a first set of header bits of HE-SIG-A. This is indicated below:[7] <br><br> **27.3.11.7.2 Content** <br><br> The HE-SIG-A field for an HE SU PPDU or an HE ER SU PPDU contains the fields listed in Table 27-18. <br><br> **Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** <br><br> See table below. |

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| **HE-SIG-A1 subfield of HE-SIG-A field** | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU: Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1. Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |
| B2 | UL/DL | 1 | Indicates whether the PPDU is sent UL or DL. Set to 1 if the PPDU is addressed to an AP. Set to 0 otherwise. See TXVECTOR parameter UPLINK_FLAG. |

[7] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.2.

7

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.) |

| | | | |
|---|---|---|---|
| B3–B6 | HE-MCS | 4 | For an HE SU PPDU:<br>Set to $n$ for HE-MCS $n$, where $n = 0, 1, 2, \ldots, 11$.<br>Values 12–15 are reserved.<br><br>For an HE ER SU PPDU with Bandwidth field set to 0 (242-tone RU):<br>Set to $n$ for HE-MCS $n$, where $n = 0, 1, 2$.<br>Values 3–15 are reserved.<br><br>For an HE ER SU PPDU with Bandwidth field set to 1 (upper frequency 106-tone RU):<br>Set to 0 for HE-MCS 0.<br>Values 1–15 are reserved. |
| B7 | DCM | 1 | Indicates whether DCM is applied to the Data field for the HE-MCS indicated. See Table 27-19 for the interpretation of this field.<br><br>NOTE—DCM is applicable to only HE-MCSs 0, 1, 3, and 4. DCM is applicable to only 1 and 2 spatial streams. |
| B8–B13 | BSS Color | 6 | An identifier of the BSS.<br><br>See TXVECTOR parameter BSS_COLOR. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)* |

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15–B18 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>Set to a value from Table 27-22 (see 26.11.6 and 26.10). |
| B19–B20 | Bandwidth | 2 | For an HE SU PPDU:<br>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz.<br>Set to 3 for 160 MHz and 80+80 MHz.<br><br>For an HE ER SU PPDU:<br>Set to 0 for 242-tone RU.<br>Set to 1 for upper frequency 106-tone RU within the primary 20 MHz.<br>Values 2 and 3 are reserved. |
| B21–B22 | GI+HE-LTF Size | 2 | Indicates the GI duration and HE-LTF size. See Table 27-19 for the interpretation of this field. |
| B23–B25 | NSTS And Midamble Periodicity | 3 | If the Doppler field is 0, indicates the number of space-time streams. Set to the number of space-time streams minus 1. For an HE ER SU PPDU, values 2–7 are reserved.<br><br>If the Doppler field is 1, then B23-B24 indicates the number of space time streams, up to 4, and B25 indicates the midamble periodicity. B23-B24 is set to the number of space time streams minus 1. For an HE ER SU PPDU, values 2 and 3 are reserved.<br><br>B25 is set to 0 for 10 symbol midamble periodicity, to 1 for 20 symbol midamble periodicity. See TXVECTOR parameter MIDAMBLE_PERIODICITY. |

9

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | A second part comprises a second set of header bits of the first header field.  Specifically, the HE-SIG-A2 subfield comprises a second set of header bits of HE-SIG-A.  This is indicated below:[8] |

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| **HE-SIG-A2 subfield of HE-SIG-A field** | | | |
| B0–B6 | TXOP | 7 | Set to 127 to indicate no duration information. Set to a value less than 127 to indicate the closest minimum bound on the duration information for NAV setting and protection of the TXOP as follows: If B0 is 0, the TXOP duration indicated is B1-B6, in units of 8 µs. If B0 is 1, the TXOP duration indicated is B1-B6, in units of 128 µs, plus 512 µs. See TXVECTOR parameter TXOP_DURATION. |
| B7 | Coding | 1 | Indicates whether BCC or LDPC is used: Set to 0 to indicate BCC Set to 1 to indicate LDPC |
| B8 | LDPC Extra Symbol Segment | 1 | Indicates the presence of the LDPC extra symbol segment: Set to 1 if an LDPC extra symbol segment is present. Set to 0 if an LDPC extra symbol segment is not present. Reserved and set to 1 if the Coding field is 0. |
| B9 | STBC | 1 | Indicates whether STBC is applied to the Data field. See Table 27-19 for the interpretation of this field. |

---

[8] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.2.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*<br><br>TABLE_PLACEHOLDER<br><br>As shown above, the first set of header bits of the first header field (HE-SIG-A1) is different than the second set of header bits of the first header field (HE-SIG-A2). |

Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU *(continued)*:

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B10 | Beamformed | 1 | Set to 1 if a beamforming steering matrix is applied to the HE modulated fields.<br>Set to 0 otherwise. |
| B11–B12 | Pre-FEC Padding Factor | 2 | Indicates the pre-FEC padding factor:<br>Set to 0 to indicate a pre-FEC padding factor of 4.<br>Set to 1 to indicate a pre-FEC padding factor of 1.<br>Set to 2 to indicate a pre-FEC padding factor of 2.<br>Set to 3 to indicate a pre-FEC padding factor of 3. |
| B13 | PE Disambiguity | 1 | Indicates PE disambiguity as defined in 27.3.13. |
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15 | Doppler | 1 | Set to 1 if one of the following applies:<br>— The number of OFDM symbols in the Data field is larger than the signaled midamble periodicity plus 1 and the midamble is present.<br>— The number of OFDM symbols in the Data field is less than or equal to the signaled midamble periodicity plus 1 (see 27.3.12.16, the midamble is not present, but the channel is fast varying. It recommends that midamble may be used for the PPDUs of the reverse link.<br>Set to 0 otherwise. |
| B16–B19 | CRC | 4 | CRC for bits 0–41 of the HE-SIG-A field (see 27.3.11.7.3).<br>Bits 0–41 of the HE-SIG-A field correspond to bits 0–25 of the HE-SIG-A1 subfield followed by bits 0–15 of the HE-SIG-A2 subfield. |
| B20–B25 | Tail | 6 | Used to terminate the trellis of the convolutional decoder. Set to 0. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| an encoder and a modulator operable to generate a first OFDM symbol followed by a second OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the first header field and the second OFDM symbol is used to transmit the second part of the first header field; | The Accused Instrumentalities comprise an encoder and a modulator operable to generate a first OFDM symbol followed by a second OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the first header field and the second OFDM symbol is used to transmit the second part of the first header field.<br><br>For example, Wi-Fi 6 devices comprise an encoder and a modulator operable to generate a first OFDM symbol followed by a second OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the first header field and the second OFDM symbol is used to transmit the second part of the first header field.  This is indicated below:[9]<br><br>**27.3.6.6 Construction of HE-SIG-A field**<br><br>a)  For an HE SU PPDU, HE MU PPDU, and HE TB PPDU, the HE-SIG-A field consists of two subfields, HE-SIG-A1 and HE-SIG-A2 as defined in 27.3.11.7, and is constructed as follows:<br><br>1)  Obtain the HE-SIG-A field values from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits.<br><br>2)  BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6.<br><br>3)  BCC interleaver: Interleave as described in 27.3.12.8.<br><br>4)  Constellation mapper: BPSK modulate the first 52 interleaved bits as described in 17.3.5.8 to form the first OFDM symbol of the HE-SIG-A field. BPSK modulate the second 52 interleaved bits to form the second OFDM symbol of the HE-SIG-A field. |

---

[9] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>5) Pilot insertion: Insert pilots as described in 17.3.5.9.<br><br>6) Duplicate and phase rotation: Duplicate the HE-SIG-A OFDM symbols over each occupied 20 MHz subchannel of the channel width. Apply the appropriate phase rotation for each occupied 20 MHz subchannel as described in 27.3.10 and 21.3.7.5.<br><br>7) CSD per STS: If the TXVECTOR parameter BEAM_CHANGE is 0, apply CSD per STS for each space-time stream and frequency segment as described in 27.3.11.2.2 before spatial mapping.<br><br>8) Spatial mapping: If the TXVECTOR parameter BEAM_CHANGE is 0, apply the $A$ matrix and the $Q$ matrix as described in 27.3.11.7.4.<br><br>9) IDFT: Compute the inverse discrete Fourier transform.<br><br>10) CSD per chain: If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, apply CSD per chain for each transmit chain and frequency segment as described in 27.3.11.2.1.<br><br>11) GI and windowing: Prepend a GI ($T_{GI,\text{Pre-HE}}$), and apply windowing as described in 27.3.10.<br><br>12) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[10]<br><br>**27.3.11.7.4 Encoding and modulation**<br><br>For an HE SU PPDU, HE MU PPDU, and HE TB PPDU, the HE-SIG-A field is composed of two subfields, HE-SIG-A1 and HE-SIG-A2, each containing 26 data bits. The HE-SIG-A1 subfield is transmitted before the HE-SIG-A2 subfield. The data bits of the HE-SIG-A OFDM symbols shall be BCC encoded at rate $R = 1/2$, be interleaved, be mapped to a BPSK constellation, and have pilots inserted following the steps described in 17.3.5.6, 27.3.12.8, 17.3.5.8, and 17.3.5.9, respectively. The constellation mappings of the HE-SIG-A field in an HE SU PPDU, HE MU PPDU, and HE TB PPDU are shown in Figure 27-25. The first half and second half of the stream of 104 complex numbers generated by these steps (before pilot insertion) are divided into two groups of 52 complex numbers, where the first 52 complex numbers form the first OFDM symbol of the HE-SIG-A field and the second 52 complex numbers form the second OFDM symbol of the HE-SIG-A field, respectively.<br><br>If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform for the HE-SIG-A field of an HE SU PPDU, HE MU PPDU, and HE TB PPDU, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as specified in Equation (27-16).<br><br>$$r_{\text{HE-SIG-A}}^{(i_{Seg}i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{\text{HE-SIG-A}}^{\text{Tone}} \cdot \frac{|\Omega_{\text{20MHz}}|}{N_{\text{20MHz}}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML}) \qquad (27\text{-}16)$$<br><br>$$\sum_{i_{BW} \in \Omega_{\text{20MHz}}} \sum_{k=-28}^{28} \eta_{\text{HE-SIG-A},k} \left( \begin{array}{l} \Upsilon_{(k-K_{\text{Shift}}(i_{BW})),\,\text{BW}}(D_{k,n,20} + p_{n+2}P_k) \\ \cdot \exp(j2\pi(k-K_{\text{Shift}}(i_{BW}))\Delta_{F,\text{Pre-HE}}(t - nT_{SYML} - T_{GI,\text{Pre-HE}} - T_{CS}^{j_{TX}})) \end{array} \right)$$ |

[10] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.4.

14

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>where<br><br>$T_{SYML}$ is given in Table 27-12<br><br>$K_{Shift}(i) = (N_{20MHz} - 1 - 2i) \cdot 32$<br><br>$D_{k,n,20} = \begin{cases} 0, k = 0, \pm 7, \pm 21 \\ d_{M^r_{20}(k),n}, \text{ otherwise} \end{cases}$<br><br>$M^r_{20}(k) = \begin{cases} k + 28, -28 \leq k \leq -22 \\ k + 27, -20 \leq k \leq -8 \\ k + 26, -6 \leq k \leq -1 \\ k + 25, 1 \leq k \leq 6 \\ k + 24, 8 \leq k \leq 20 \\ k + 23, 22 \leq k \leq 28 \end{cases}$<br><br>$\eta_{HE\text{-}SIG\text{-}A,k} = \begin{cases} \left[\frac{1}{\sqrt{2}}, 1\right], \text{ for an HE TB PPDU} \\ 1, \text{ otherwise} \end{cases}$<br><br>$P_k$ and $p_n$ are defined in 17.3.5.10<br><br>$N^{Tone}_{HE\text{-}SIG\text{-}A}$ is defined in Table 27-16<br><br>$T^{i_{TX}}_{CS}$ represents the cyclic shift for transmit chain $i_{TX}$ with a value given in 27.3.11.2.1 |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>If the TXVECTOR parameter BEAM_CHANGE is 0, the time domain waveform of the HE-SIG-A field shall be as given by Equation (27-17).<br><br>$$r_{\text{HE-SIG-A}}^{(i_{Seg},\, i_{TX})}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{\text{HE-SIG-A}}^{\text{Tone}} \cdot \frac{|\Omega_{20\text{MHz}}|}{N_{20\text{MHz}}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML})$$<br><br>$$\sum_{i_{BW}=0}^{N_{20\text{MHz}}-1} \sum_{k=-28}^{28} \sum_{m=1}^{N_{STS}} \left( \left[ Q_{4(k-K_{\text{Shift}}(i_{BW}))}^{(i_{Seg})} \right]_{i_{TX},\, m} \left[ A_{\text{HE-LTF}}^{4(k-K_{\text{Shift}}(i_{BW}))} \right]_{m,\,1} (D_{k,\,n,\,20} + P_{n+2}P_k) \right.$$<br>$$\left. \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F,\,\text{Pre-HE}}(t - nT_{SYML} - T_{\text{GI, Pre-HE}} - T_{CS,\,HE}(m))) \right)$$    (27-17)<br><br>where<br><br>$T_{CS,\,\text{HE}}(m)$   represents the cyclic shift for space-time stream $m$ as defined in 27.3.11.2.2<br><br>$Q_k^{(i_{Seg})}$   is defined in 27.3.10<br><br>$A_{\text{HE-LTF}}^{k}$   is defined in Equation (27-55) |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | See also:[11] <br><br> <br><br> **Figure 27-25—Data subcarrier constellation of HE-SIG-A symbols** |

---

[11] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.4.

17

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| the wireless OFDM communications transmitter further operable to transmit the first packet type over a wireless communication channel, | The Accused Instrumentalities comprise the wireless OFDM communications transmitter further operable to transmit the first packet type over a wireless communication channel.<br><br>For example, Wi-Fi 6 devices comprise the wireless OFDM communications transmitter further operable to transmit the first packet type over a wireless communication channel.<br><br>Specifically, Wi-Fi 6 comprises high-efficiency stations (HE STAs) capable of transmitting PPDUs including the HE SU PPDU via 2.4, 5, and 6 Ghz channels. The Wi-Fi 6 standard provides that "an HE STA shall support the following features: Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth."[12] This is indicated below:[13] |

---

[12] IEEE Std 802.11ax-2021, Sec. 27.1.1.

[13] IEEE Std 802.11ax-2021, Sec. 27.1.1.

18

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **27. High-efficiency (HE) PHY specification**<br><br>**27.1 Introduction**<br><br>**27.1.1 Introduction to the HE PHY**<br><br>Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br><br>— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.<br>— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.<br>— Clause 19 if the HE STA is operating in the 2.4 GHz band.<br>— Clause 17 if the HE STA is operating in the 6 GHz band.<br><br>For 2.4 GHz band operation, the HE PHY is based on HT PHY defined in Clause 19, which in turn is based on the OFDM PHY defined in Clause 17.<br><br>For 5 GHz band operation, the HE PHY is based on the VHT PHY defined in Clause 21, which in turn is based on the HT PHY defined in Clause 19, which in turn is further based on the OFDM PHY defined in Clause 17.<br><br>For 6 GHz band operation, the HE PHY is based on the OFDM PHY defined in Clause 17.<br><br>An HE STA shall support the following features:<br><br>— Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth.<br>— Transmission and reception of an HE ER SU PPDU that consists of a 242-tone RU spanning the entire primary 20 MHz PPDU bandwidth. |
| the wireless OFDM communications transmitter further operable to generate a second packet type | The Accused Instrumentalities comprise the wireless OFDM communications transmitter further operable to generate a second packet type comprising a second header field, wherein the second header field comprises four parts, a first part comprising a first set of header bits of the second header field, a second part comprising a second set of header bits of the second header field, a third |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| comprising a second header field, wherein the second header field comprises four parts, a first part comprising a first set of header bits of the second header field, a second part comprising a second set of header bits of the second header field, a third part comprising a third set of header bits of the second header field and a fourth part comprising a fourth set of header bits of the second header field, | part comprising a third set of header bits of the second header field and a fourth part comprising a fourth set of header bits of the second header field.<br><br>For example, Wi-Fi 6 devices comprise the wireless OFDM communications transmitter further operable to generate a second packet type comprising a second header field, wherein the second header field comprises four parts, a first part comprising a first set of header bits of the second header field, a second part comprising a second set of header bits of the second header field, a third part comprising a third set of header bits of the second header field and a fourth part comprising a fourth set of header bits of the second header field.<br><br>Wi-Fi 6 devices comprise the wireless OFDM communications transmitter further operable to generate a second packet type comprising a second header field.<br><br>Specifically, Wi-Fi 6 devices can transmit the high-efficiency extended range single-user PPDU (HE ER SU PPDU) (second packet type), in addition to the HE SU PPDU (first packet type):[14]<br><br>An HE STA shall support the following features:<br>— Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth.<br>— Transmission and reception of an HE ER SU PPDU that consists of a 242-tone RU spanning the entire primary 20 MHz PPDU bandwidth.<br><br>See also:[15]<br><br>**high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU). |

[14] IEEE Std 802.11ax-2021, Sec. 27.1.1.

[15] IEEE Std 802.11ax-2021, Sec. 3.2.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The second packet type comprises a second header field. Specifically, the HE ER SU PPDU comprises an HE-SIG-A field:[16]<br><br>The format of the HE ER SU PPDU is defined as in Figure 27-10. This format is used for SU transmission, and in this format, the HE-SIG-A field is twice as long as the HE-SIG-A field in other HE PPDU formats.<br><br><br><br>**Figure 27-10—HE ER SU PPDU format**<br><br>The second header field comprises four parts, a first part comprising a first set of header bits of the second header field, a second part comprising a second set of header bits of the second header field, a third part comprising a third set of header bits of the second header field and a fourth part comprising a fourth set of header bits of the second header field.<br><br>Specifically, the HE-SIG-A field in the HE ER SU PPDU comprises four subfields, HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R:[17] |

---

[16] IEEE Std 802.11ax-2021, Sec. 27.3.4.

[17] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

21

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | b) For an HE ER SU PPDU, the HE-SIG-A field consists of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. The HE-SIG-A1 and HE-SIG-A1-R subfields have the same data bits while the HE-SIG-A2 and HE-SIG-A2-R subfields have the same data bits as defined in 27.3.11.7. The HE-SIG-A field is constructed as follows: <br><br> 1) Obtain the HE-SIG-A fields from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits. <br><br> 2) BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6. <br><br> 3) BCC interleaver: Interleave the data bits of the HE-SIG-A1 and HE-SIG-A2 subfields as described in 27.3.12.8. The data bits of the HE-SIG-A1-R and HE-SIG-A2-R subfields are not interleaved. <br><br> 4) Constellation mapper: BPSK modulate the HE-SIG-A1, HE-SIG-A2, and HE-SIG-A2-R data bits as described in 17.3.5.8 to form the first, third, and fourth OFDM symbol of the HE-SIG-A field, respectively. QBPSK modulate the HE-SIG-A1-R encoded data bits to form the second OFDM symbol of the HE-SIG-A field. <br><br> 5) Pilot insertion: Insert pilots as described in 17.3.5.9. <br><br> 6) Duplication and phase rotation: Duplicate the HE-SIG-A field over each occupied 20 MHz subchannel of the channel bandwidth. Apply appropriate phase rotation for each occupied 20 MHz subchannel as described in 27.3.10 and 21.3.7.5. <br><br> 7) CSD per STS: If the TXVECTOR parameter BEAM_CHANGE is 0, apply CSD per STS for each space-time stream and frequency segment as described in 27.3.11.2.2 before spatial mapping. <br><br> 8) Spatial mapping: If the TXVECTOR parameter BEAM_CHANGE is 0, apply the $A$ matrix and the $Q$ matrix as described in 27.3.11.7.4. <br><br> 9) IDFT: Compute the inverse Fourier transform. <br><br> 10) CSD per chain: If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, apply CSD per chain for each transmit chain and frequency segment as described in 27.3.11.2.1. <br><br> 11) GI and windowing: Prepend a GI ($T_{GI,Pre-HE}$), and apply windowing as described in 27.3.10. <br><br> 12) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | HE-SIG-A1 comprises a first set of header bits of HE-SIG-A, HE-SIG-A1-R comprises a second set of header bits of HE-SIG-A, HE-SIG-A2 comprises a third set of header bits of HE-SIG-A and HE-SIG-A2-R comprises a fourth set of header bits of HE-SIG-A.  This is indicated below:[18] <br><br> For an HE ER SU PPDU, the HE-SIG-A field is composed of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. Each subfield contains 26 data bits. These four subfields are transmitted sequentially from HE-SIG-A1 to HE-SIG-A2-R. The data bits of the HE-SIG-A1 and HE-SIG-A2 subfields shall be BCC encoded at rate $R = 1/2$, be interleaved, be mapped to a BPSK constellation, and have pilots inserted. The HE-SIG-A1-R subfield has the same encoded bits as the HE-SIG-A1 subfield, and the encoded bits shall be mapped to a QBPSK constellation without interleaving and have pilots inserted. The constellation mappings of the HE-SIG-A field in an HE ER SU PPDU are shown in Figure 27-25. The QBPSK constellation on the HE-SIG-A1-R subfield is used to differentiate between an HE ER SU PPDU and an HE MU PPDU when $m = 1$ in Equation (27-11). The HE-SIG-A2-R subfield has the same encoded bits as the HE-SIG-A2 subfield, and the encoded bits shall be mapped to a BPSK constellation without interleaving and have pilots inserted. BCC encoding, data interleaving, constellation mapping, and pilot insertion follow the steps described in 17.3.5.6, 27.3.12.8, 17.3.5.8, and 17.3.5.9, respectively. <br><br> <br> **Figure 27-25—Data subcarrier constellation of HE-SIG-A symbols** |

---

[18] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.4.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[19]<br><br>**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**<br><br>See table below. |

Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| **HE-SIG-A1 subfield of HE-SIG-A field** | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU:<br>Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1.<br>Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |
| B2 | UL/DL | 1 | Indicates whether the PPDU is sent UL or DL. Set to 1 if the PPDU is addressed to an AP. Set to 0 otherwise. See TXVECTOR parameter UPLINK_FLAG. |
| B3–B6 | HE-MCS | 4 | For an HE SU PPDU:<br>Set to $n$ for HE-MCS $n$, where $n$ = 0, 1, 2, …, 11.<br>Values 12–15 are reserved.<br><br>For an HE ER SU PPDU with Bandwidth field set to 0 (242-tone RU):<br>Set to $n$ for HE-MCS $n$, where $n$ = 0, 1, 2.<br>Values 3–15 are reserved.<br><br>For an HE ER SU PPDU with Bandwidth field set to 1 (upper frequency 106-tone RU):<br>Set to 0 for HE-MCS 0.<br>Values 1–15 are reserved. |
| B7 | DCM | 1 | Indicates whether DCM is applied to the Data field for the HE-MCS indicated. See Table 27-19 for the interpretation of this field.<br><br>NOTE—DCM is applicable to only HE-MCSs 0, 1, 3, and 4. DCM is applicable to only 1 and 2 spatial streams. |
| B8–B13 | BSS Color | 6 | An identifier of the BSS.<br><br>See TXVECTOR parameter BSS_COLOR. |

---

[19] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.2

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
| --- | --- |
| | **Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)* |

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
| --- | --- | --- | --- |
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15–B18 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: Set to a value from Table 27-22 (see 26.11.6 and 26.10). |
| B19–B20 | Bandwidth | 2 | For an HE SU PPDU: Set to 0 for 20 MHz. Set to 1 for 40 MHz. Set to 2 for 80 MHz. Set to 3 for 160 MHz and 80+80 MHz. For an HE ER SU PPDU: Set to 0 for 242-tone RU. Set to 1 for upper frequency 106-tone RU within the primary 20 MHz. Values 2 and 3 are reserved. |
| B21–B22 | GI+HE-LTF Size | 2 | Indicates the GI duration and HE-LTF size. See Table 27-19 for the interpretation of this field. |
| B23–B25 | NSTS And Midamble Periodicity | 3 | If the Doppler field is 0, indicates the number of space-time streams. Set to the number of space-time streams minus 1. For an HE ER SU PPDU, values 2–7 are reserved. If the Doppler field is 1, then B23-B24 indicates the number of space time streams, up to 4, and B25 indicates the midamble periodicity. B23-B24 is set to the number of space time streams minus 1. For an HE ER SU PPDU, values 2 and 3 are reserved. B25 is set to 0 for 10 symbol midamble periodicity, to 1 for 20 symbol midamble periodicity. See TXVECTOR parameter MIDAMBLE_PERIODICITY. |
| **HE-SIG-A2 subfield of HE-SIG-A field** | | | |
| B0–B6 | TXOP | 7 | Set to 127 to indicate no duration information. Set to a value less than 127 to indicate the closest minimum bound on the duration information for NAV setting and protection of the TXOP as follows: If B0 is 0, the TXOP duration indicated is B1-B6, in units of 8 μs. If B0 is 1, the TXOP duration indicated is B1-B6, in units of 128 μs, plus 512 μs. See TXVECTOR parameter TXOP_DURATION. |
| B7 | Coding | 1 | Indicates whether BCC or LDPC is used: Set to 0 to indicate BCC Set to 1 to indicate LDPC |
| B8 | LDPC Extra Symbol Segment | 1 | Indicates the presence of the LDPC extra symbol segment: Set to 1 if an LDPC extra symbol segment is present. Set to 0 if an LDPC extra symbol segment is not present. Reserved and set to 1 if the Coding field is 0. |
| B9 | STBC | 1 | Indicates whether STBC is applied to the Data field. See Table 27-19 for the interpretation of this field. |

25

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*<br><br>*(see table below)* |

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B10 | Beamformed | 1 | Set to 1 if a beamforming steering matrix is applied to the HE modulated fields.<br>Set to 0 otherwise. |
| B11–B12 | Pre-FEC Padding Factor | 2 | Indicates the pre-FEC padding factor:<br>Set to 0 to indicate a pre-FEC padding factor of 4.<br>Set to 1 to indicate a pre-FEC padding factor of 1.<br>Set to 2 to indicate a pre-FEC padding factor of 2.<br>Set to 3 to indicate a pre-FEC padding factor of 3. |
| B13 | PE Disambiguity | 1 | Indicates PE disambiguity as defined in 27.3.13. |
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15 | Doppler | 1 | Set to 1 if one of the following applies:<br>— The number of OFDM symbols in the Data field is larger than the signaled midamble periodicity plus 1 and the midamble is present.<br>— The number of OFDM symbols in the Data field is less than or equal to the signaled midamble periodicity plus 1 (see 27.3.12.16, the midamble is not present, but the channel is fast varying. It recommends that midamble may be used for the PPDUs of the reverse link.<br>Set to 0 otherwise. |
| B16–B19 | CRC | 4 | CRC for bits 0–41 of the HE-SIG-A field (see 27.3.11.7.3).<br>Bits 0–41 of the HE-SIG-A field correspond to bits 0–25 of the HE-SIG-A1 subfield followed by bits 0–15 of the HE-SIG-A2 subfield. |
| B20–B25 | Tail | 6 | Used to terminate the trellis of the convolutional decoder. Set to 0. |

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| wherein the first set of header bits of the second header field is the same as the second set of header bits of the second header field, wherein the third set of header bits of the second header field is the same as the fourth set of header bits of the second header field, | The Accused Instrumentalities comprise wherein the first set of header bits of the second header field is the same as the second set of header bits of the second header field, wherein the third set of header bits of the second header field is the same as the fourth set of header bits of the second header field.<br><br>For example, in Wi-Fi 6 devices, the first set of header bits of the second header field is the same as the second set of header bits of the second header field, wherein the third set of header bits of the second header field is the same as the fourth set of header bits of the second header field. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | Specifically, the HE-SIG-A1 subfield (first set of header bits) has the same encoded bits as the HE-SIG-A1-R subfield (second set of header bits), and the HE-SIG-A2 subfield (third set of header bits) has the same encoded bits as the HE-SIG-A2-R (fourth set of header bits):[20]<br><br>For an HE ER SU PPDU, the HE-SIG-A field is composed of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. Each subfield contains 26 data bits. These four subfields are transmitted sequentially from HE-SIG-A1 to HE-SIG-A2-R. The data bits of the HE-SIG-A1 and HE-SIG-A2 subfields shall be BCC encoded at rate $R = 1/2$, be interleaved, be mapped to a BPSK constellation, and have pilots inserted. The HE-SIG-A1-R subfield has the same encoded bits as the HE-SIG-A1 subfield, and the encoded bits shall be mapped to a QBPSK constellation without interleaving and have pilots inserted. The constellation mappings of the HE-SIG-A field in an HE ER SU PPDU are shown in Figure 27-25. The QBPSK constellation on the HE-SIG-A1-R subfield is used to differentiate between an HE ER SU PPDU and an HE MU PPDU when $m = 1$ in Equation (27-11). The HE-SIG-A2-R subfield has the same encoded bits as the HE-SIG-A2 subfield, and the encoded bits shall be mapped to a BPSK constellation without interleaving and have pilots inserted. BCC encoding, data interleaving, constellation mapping, and pilot insertion follow the steps described in 17.3.5.6, 27.3.12.8, 17.3.5.8, and 17.3.5.9, respectively.<br><br><br><br>Figure 27-25—Data subcarrier constellation of HE-SIG-A symbols |

---

[20] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.4.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[21]<br><br>b)  For an HE ER SU PPDU, the HE-SIG-A field consists of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. The HE-SIG-A1 and HE-SIG-A1-R subfields have the same data bits while the HE-SIG-A2 and HE-SIG-A2-R subfields have the same data bits as defined in 27.3.11.7. The HE-SIG-A field is constructed as follows: |
| the encoder and the modulator further operable to generate a first OFDM symbol followed by a second OFDM symbol followed by a third OFDM symbol followed by a fourth OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the second header field, the second OFDM symbol is used to transmit the second part of the second header field, the third OFDM symbol is used to transmit the third part of the second header field, the fourth OFDM symbol is used to transmit the fourth part of the second header field, | The Accused Instrumentalities comprise the encoder and the modulator further operable to generate a first OFDM symbol followed by a second OFDM symbol followed by a third OFDM symbol followed by a fourth OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the second header field, the second OFDM symbol is used to transmit the second part of the second header field, the third OFDM symbol is used to transmit the third part of the second header field, the fourth OFDM symbol is used to transmit the fourth part of the second header field.<br><br>For example, Wi-Fi 6 devices comprise the encoder and the modulator further operable to generate a first OFDM symbol followed by a second OFDM symbol followed by a third OFDM symbol followed by a fourth OFDM symbol, wherein the first OFDM symbol is used to transmit the first part of the second header field, the second OFDM symbol is used to transmit the second part of the second header field, the third OFDM symbol is used to transmit the third part of the second header field, the fourth OFDM symbol is used to transmit the fourth part of the second header field.<br><br>This is indicated below:[22] |

---

[21] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

[22] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | b) For an HE ER SU PPDU, the HE-SIG-A field consists of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. The HE-SIG-A1 and HE-SIG-A1-R subfields have the same data bits while the HE-SIG-A2 and HE-SIG-A2-R subfields have the same data bits as defined in 27.3.11.7. The HE-SIG-A field is constructed as follows:<br><br>1) Obtain the HE-SIG-A fields from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits.<br><br>2) BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6.<br><br>3) BCC interleaver: Interleave the data bits of the HE-SIG-A1 and HE-SIG-A2 subfields as described in 27.3.12.8. The data bits of the HE-SIG-A1-R and HE-SIG-A2-R subfields are not interleaved.<br><br>4) Constellation mapper: BPSK modulate the HE-SIG-A1, HE-SIG-A2, and HE-SIG-A2-R data bits as described in 17.3.5.8 to form the first, third, and fourth OFDM symbol of the HE-SIG-A field, respectively. QBPSK modulate the HE-SIG-A1-R encoded data bits to form the second OFDM symbol of the HE-SIG-A field.<br><br>See also:[23] |

---

[23] IEEE Std 802.11ax-2021, Sec. 27.3.11.7.4.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | For an HE ER SU PPDU, the HE-SIG-A field is composed of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. Each subfield contains 26 data bits. These four subfields are transmitted sequentially from HE-SIG-A1 to HE-SIG-A2-R. The data bits of the HE-SIG-A1 and HE-SIG-A2 subfields shall be BCC encoded at rate $R = 1/2$, be interleaved, be mapped to a BPSK constellation, and have pilots inserted. The HE-SIG-A1-R subfield has the same encoded bits as the HE-SIG-A1 subfield, and the encoded bits shall be mapped to a QBPSK constellation without interleaving and have pilots inserted. The constellation mappings of the HE-SIG-A field in an HE ER SU PPDU are shown in Figure 27-25. The QBPSK constellation on the HE-SIG-A1-R subfield is used to differentiate between an HE ER SU PPDU and an HE MU PPDU when $m = 1$ in Equation (27-11). The HE-SIG-A2-R subfield has the same encoded bits as the HE-SIG-A2 subfield, and the encoded bits shall be mapped to a BPSK constellation without interleaving and have pilots inserted. BCC encoding, data interleaving, constellation mapping, and pilot insertion follow the steps described in 17.3.5.6, 27.3.12.8, 17.3.5.8, and 17.3.5.9, respectively.<br><br>**Figure 27-25—Data subcarrier constellation of HE-SIG-A symbols** |
| wherein the second set of header bits of the second header field transmitted using the second OFDM symbol are transmitted in a different order than the first set of header bits of the second | The Accused Instrumentalities comprise wherein the second set of header bits of the second header field transmitted using the second OFDM symbol are transmitted in a different order than the first set of header bits of the second header field transmitted using the first OFDM symbol.<br><br>For example, in Wi-Fi 6 devices, the second set of header bits of the second header field transmitted using the second OFDM symbol are transmitted in a different order than the first set of header bits of the second header field transmitted using the first OFDM symbol. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| header field transmitted using the first OFDM symbol, | Specifically, the bits of HE-SIG-A1-R are not interleaved, whereas the bits of HE-SIG-A1 are interleaved. This is indicated below:[24]<br><br>b) For an HE ER SU PPDU, the HE-SIG-A field consists of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. The HE-SIG-A1 and HE-SIG-A1-R subfields have the same data bits while the HE-SIG-A2 and HE-SIG-A2-R subfields have the same data bits as defined in 27.3.11.7. The HE-SIG-A field is constructed as follows:<br>1) Obtain the HE-SIG-A fields from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits.<br>2) BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6.<br>3) BCC interleaver: Interleave the data bits of the HE-SIG-A1 and HE-SIG-A2 subfields as described in 27.3.12.8. The data bits of the HE-SIG-A1-R and HE-SIG-A2-R subfields are not interleaved.<br><br>Interleaving the bits of HE-SIG-A1 and not interleaving the bits of HE-SIG-A1-R results in a different transmission order of bits as between HE-SIG-A1 and HE-SIG-A1-R.<br><br>See also:[25] |

---

[24] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

[25] IEEE Std 802.11ax-2021, Sec. 27.3.12.8.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---------|-----------------------------------|
| | **27.3.12.8 BCC interleavers**<br><br>For ease of explanation, the operation of the interleaver is described only for the SU case. For user $u$ of an MU transmission, the interleaver operates in the same way on the output bits for the user from the stream parser by replacing $N_{SS}$, $N_{CBPSS}$, $N_{CBPS}$, and $N_{BPSCS}$ with $N_{SS,u}$, $N_{CBPSS,u}$, $N_{CBPS,u}$ and $N_{BPSCS,u}$, respectively. That is, the operation of the interleaver is the same as if the transmission were an SU one, consisting of bits from only that user.<br><br>The BCC interleaver operation is specified in 21.3.10.8. The interleaver parameters, $N_{COL}$, $N_{ROW}$, and $N_{ROT}$, for the Data field depend on the RU size and whether or not DCM is used and are defined in the "RU size" column of Table 27-35.<br><br>(cont.) |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
| --- | --- |

**Table 27-35—BCC interleaver parameters**

| DCM | Parameter | RU size (tones) | | | | HE-SIG-A/ HE-SIG-B (tones) |
| --- | --- | --- | --- | --- | --- | --- |
| | | 26 | 52 | 106 | 242 | 56 |
| Not used | $N_{COL}$ | 8 | 16 | 17 | 26 | 13 |
| | $N_{ROW}$ | $3 \times N_{BPSCS}$ | $3 \times N_{BPSCS}$ | $6 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ | $4 \times N_{BPSCS}$ |
| | $N_{ROT}$ | 2 | 11 | 29 | 58 | — |
| Used | $N_{COL}$ | 4 | 8 | 17 | 13 | 13 |
| | $N_{ROW}$ | $3 \times N_{BPSCS}$ | $3 \times N_{BPSCS}$ | $3 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ | $2 \times N_{BPSCS}$ |
| | $N_{ROT}$ | 2 | 2 | 11 | 29 | — |

The interleaver parameters, $N_{COL}$ and $N_{ROW}$, for the HE-SIG-A and HE-SIG-B fields are defined in the "HE-SIG-A/HE-SIG-B" column of Table 27-35.

NOTE—DCM is not used on the HE-SIG-A field.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[26] <br><br> **21.3.10.8 BCC interleaver** <br><br> For ease of explanation, the operation of the interleaver is described for the SU case. For user $u$ of an MU transmission, the interleaver operates in the same way on the output bits for the user from the stream parser by replacing $N_{SS}$, $N_{CBPSS}$, $N_{CBPSSI}$, and $N_{BPSCS}$ with $N_{SS,u}$, $N_{CBPSS,u}$, $N_{CBPSSI,u}$, and $N_{BPSCS,u}$, respectively. That is, the operation of the interleaver is the same as if the transmission were an SU one, consisting of bits from only that user. <br><br> This subclause describes the interleaver used in the case of BCC encoding. The interleaver described in this subclause shall be bypassed in the case of LDPC encoding. <br><br> In a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of $N_{CBPS}$ bits. Each of these groups is divided into $N_{SS}$ blocks of $N_{CBPSS}$ bits, and each block shall be interleaved by an interleaver based on the Clause 17 interleaver. In a 160 MHz or an 80+80 MHz VHT PPDU transmission, each frequency subblock of $N_{CBPSS}/2$ output bits from the segment parser is interleaved by the interleaver for 80 MHz defined in this subclause. This interleaver, which is based on entering the data in rows, and reading it out in columns, has a different number of columns $N_{COL}$ and rows $N_{ROW}$ for different bandwidths. The values of $N_{COL}$ and $N_{ROW}$ are given in Table 21-17. <br><br> **Table 21-17—Number of rows and columns in the interleaver** <br><br> <table><tr><td>Parameter</td><td>20 MHz</td><td>40 MHz</td><td>80 MHz</td></tr><tr><td>$N_{COL}$</td><td>13</td><td>18</td><td>26</td></tr><tr><td>$N_{ROW}$</td><td>$4 \times N_{BPSCS}$</td><td>$6 \times N_{BPSCS}$</td><td>$9 \times N_{BPSCS}$</td></tr><tr><td>$N_{ROT}$ ($N_{SS} \leq 4$)</td><td>11</td><td>29</td><td>58</td></tr><tr><td>$N_{ROT}$ ($N_{SS} > 4$)</td><td>6</td><td>13</td><td>28</td></tr></table> |

---

[26] IEEE Std 802.11-2020, Sec. 21.3.10.8.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | (cont.)<br><br>After the operations based on the Clause 17 interleaver have been applied and if more than one spatial stream exists, a third operation called *frequency rotation* is applied to the additional spatial streams. The parameter for the frequency rotation is $N_{ROT}$. The values of $N_{ROT}$ are given in Table 21-17.<br><br>An additional parameter is the spatial stream index $i_{SS} = 1, 2, ..., N_{SS}$. The output of the third operation is a function of the spatial stream index.<br><br>The interleaving is defined using three permutations. The first permutation is given by the rule shown in Equation (21-76).<br><br>$$i = N_{ROW}(k \bmod N_{COL}) + \left\lfloor \frac{k}{N_{COL}} \right\rfloor, \quad k = 0, 1, ..., N_{CBPSSI} - 1 \qquad (21\text{-}76)$$<br><br>The second permutation is defined by the rule shown in Equation (21-77).<br><br>$$j = s \left\lfloor \frac{i}{s} \right\rfloor + \left( i + N_{CBPSSI} - \left\lfloor \frac{N_{COL} \cdot i}{N_{CBPSSI}} \right\rfloor \right) \bmod s, \quad i = 0, 1, ..., N_{CBPSSI} - 1 \qquad (21\text{-}77)$$<br><br>where<br>  $s$ is defined in Equation (21-68) |

35

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>If $2 \leq N_{SS} \leq 4$, a frequency rotation is applied to the output of the second permutation as shown in Equation (21-78).<br><br>$$r = \left\{ j - \left[ (2(i_{SS} - 1)) \bmod 3 + 3 \left\lfloor \frac{i_{SS} - 1}{3} \right\rfloor \right] \cdot N_{ROT} \cdot N_{BPSCS} \right\} \bmod N_{CBPSSI}, \qquad (21\text{-}78)$$<br><br>$$j = 0, 1, ..., N_{CBPSSI} - 1$$<br><br>where<br><br>$i_{SS} = 1, 2, ..., N_{SS}$ is the spatial steam index on which this interleaver is operating<br><br>If $N_{SS} > 4$, a frequency rotation is applied to the output of the second permutation as shown in Equation (21-79).<br><br>$$r = \{ j - J(i_{SS}) \cdot N_{ROT} \cdot N_{BPSCS} \} \bmod N_{CBPSSI}, j = 0, 1, ..., N_{CBPSSI} - 1 \qquad (21\text{-}79)$$<br><br>where<br><br>$i_{SS} = 1, 2, ..., N_{SS}$     is the spatial steam index on which this interleaver is operating, and $J(i_{SS})$ is an integer as defined in Table 21-18. |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | (cont.)<br><br>**Table 21-18—$J(i_{SS})$ values**<br><br>_(table below)_ |

**Table 21-18—$J(i_{SS})$ values**

| $i_{SS}$ | $J(i_{SS})$ |
|---|---|
| 1 | 0 |
| 2 | 5 |
| 3 | 2 |
| 4 | 7 |
| 5 | 3 |
| 6 | 6 |
| 7 | 1 |
| 8 | 4 |

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | Interleaving is a three-step permutation process that begins with interleaving using an interleaver based on the "Clause 17 interleaver," as indicated above.  Per Clause 17, interleaving is performed separately for every OFDM symbol.  The first permutation causes adjacent coded bits to be mapped onto nonadjacent subcarriers.  The second causes adjacent coded bits to be mapped alternately onto less and more significant constellation bits:[27] <br><br> **17.3.5.7 Data interleaving** <br><br> All encoded data bits shall be interleaved by a block interleaver with a block size corresponding to the number of bits in a single OFDM symbol, $N_{CBPS}$. The interleaver is defined by a two-step permutation. The first permutation causes adjacent coded bits to be mapped onto nonadjacent subcarriers. The second causes adjacent coded bits to be mapped alternately onto less and more significant bits of the constellation and, thereby, long runs of low reliability (LSB) bits are avoided. <br><br> As further indicated above, after the operations based on the Clause 17 interleaver have been applied, and if more than one spatial stream exists, a third operation called frequency rotation is applied to the additional spatial stream. <br><br> The purpose of the interleaver, as indicated above, is to process OFDM symbols such that adjacent bits are not associated with a single subcarrier or adjacent subcarriers.  Instead, adjacent bits are permuted onto nonadjacent subcarriers and onto more or less significant bits, i.e., reordered. |

---

[27] IEEE Std 802.11-2020, Sec. 17.3.5.7.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| wherein the fourth set of header bits of the second header field transmitted using the fourth OFDM symbol are transmitted in a different order than the third set of header bits of the second header field transmitted using the third OFDM symbol, and | The Accused Instrumentalities comprise wherein the fourth set of header bits of the second header field transmitted using the fourth OFDM symbol are transmitted in a different order than the third set of header bits of the second header field transmitted using the third OFDM symbol. <br><br> For example, Wi-Fi 6 devices comprise wherein the fourth set of header bits of the second header field transmitted using the fourth OFDM symbol are transmitted in a different order than the third set of header bits of the second header field transmitted using the third OFDM symbol. <br><br> Specifically, the bits of HE-SIG-A2-R are not interleaved, whereas the bits of HE-SIG-A2 are interleaved.  This is indicated below:[28] <br><br> b) For an HE ER SU PPDU, the HE-SIG-A field consists of four subfields: HE-SIG-A1, HE-SIG-A1-R, HE-SIG-A2, and HE-SIG-A2-R. The HE-SIG-A1 and HE-SIG-A1-R subfields have the same data bits while the HE-SIG-A2 and HE-SIG-A2-R subfields have the same data bits as defined in 27.3.11.7. The HE-SIG-A field is constructed as follows: <br><br> 1) Obtain the HE-SIG-A fields from the TXVECTOR. Add the reserved bits, append the calculated CRC, and then append the $N_{tail}$ tail bits as shown in 27.3.11.7. This results in 52 uncoded bits. <br><br> 2) BCC encoder: Encode the data by a convolutional encoder at the rate $R = 1/2$ as described in 17.3.5.6. <br><br> 3) BCC interleaver: Interleave the data bits of the HE-SIG-A1 and HE-SIG-A2 subfields as described in 27.3.12.8. The data bits of the HE-SIG-A1-R and HE-SIG-A2-R subfields are not interleaved. <br><br> Interleaving the bits of HE-SIG-A2 and not interleaving the bits of HE-SIG-A2-R results in a different transmission order of bits as between HE-SIG-A2 and HE-SIG-A2-R. |

[28] IEEE Std 802.11ax-2021, Sec. 27.3.6.6.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| the wireless OFDM communications transmitter further operable to transmit the second packet type over the wireless communication channel. | The Accused Instrumentalities comprise the wireless OFDM communications transmitter further operable to transmit the second packet type over the wireless communication channel.<br><br>For example, Wi-Fi 6 devices comprise the wireless OFDM communications transmitter further operable to transmit the second packet type over the wireless communication channel.<br><br>Specifically, Wi-Fi 6 comprises high-efficiency stations (HE STAs) capable of transmitting PPDUs including the HE ER SU PPDU via 2.4, 5, and 6 Ghz channels. The HE STAs are further capable of "[t]ransmission and reception of an HE ER SU PPDU that consists of a 242-tone RU spanning the entire primary 20 MHz PPDU bandwidth."[29] This is indicated below:[30] |

---

[29] IEEE Std 802.11ax-2021, Sec. 27.1.1

[30] IEEE Std 802.11ax-2021, Sec. 27.1.1.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **27. High-efficiency (HE) PHY specification**<br><br>**27.1 Introduction**<br><br>**27.1.1 Introduction to the HE PHY**<br><br>Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br><br>— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.<br>— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.<br>— Clause 19 if the HE STA is operating in the 2.4 GHz band.<br>— Clause 17 if the HE STA is operating in the 6 GHz band.<br><br>For 2.4 GHz band operation, the HE PHY is based on HT PHY defined in Clause 19, which in turn is based on the OFDM PHY defined in Clause 17.<br><br>For 5 GHz band operation, the HE PHY is based on the VHT PHY defined in Clause 21, which in turn is based on the HT PHY defined in Clause 19, which in turn is further based on the OFDM PHY defined in Clause 17.<br><br>For 6 GHz band operation, the HE PHY is based on the OFDM PHY defined in Clause 17.<br><br>See also :[31] |

---

[31] IEEE Std 802.11ax-2021, Sec. 27.1.1.

**Appendix B**
**Claim Chart for U.S. Patent No. 9,973,361**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The HE PHY provides support for midambles. Midambles facilitate updating of the channel estimate during HE PPDU reception and might be of use in high mobility scenarios that often result in significant variations of the wireless channel over the duration of a PPDU.<br><br>An HE STA shall support the following features:<br><br>— Transmission and reception of an HE SU PPDU that consists of a single RU spanning the entire PPDU bandwidth.<br><br>— Transmission and reception of an HE ER SU PPDU that consists of a 242-tone RU spanning the entire primary 20 MHz PPDU bandwidth. |