**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| A wireless communication device, comprising: | The Accused Instrumentalities is a wireless communication device that comprises the following technical elements and limitations, as described in the Wi-Fi 6 Standard:[1] <br><br> **IEEE SA** <br> STANDARDS ASSOCIATION <br><br> IEEE Standard for Information Technology— Telecommunications and Information Exchange between Systems Local and Metropolitan Area Networks— Specific Requirements <br><br> **Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications** <br><br> **Amendment 1:** **Enhancements for High-Efficiency WLAN** <br><br> IEEE Computer Society <br><br> Developed by the LAN/MAN Standards Committee <br><br> STANDARDS |

---

[1] IEEE Std 802.11ax-2021, amendment to IEEE Std 802.11-2020 (cover).

1

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| a wireless receiver configured to receive a wireless packet through a communication channel, formats of the wireless packet including a first packet format and a second packet format, the first packet format comprising a first header field carried by a first orthogonal frequency division multiplexing (OFDM) symbol, the second packet format comprising both the first header field carried by the first OFDM symbol and a second header field carried by a second OFDM symbol which follows the first OFDM symbol, and the second header field being a repetition of the first header field; and | The Accused Instrumentalities comprise a wireless receiver configured to receive a wireless packet through a communication channel, formats of the wireless packet including a first packet format and a second packet format, the first packet format comprising a first header field carried by a first orthogonal frequency division multiplexing (OFDM) symbol, the second packet format comprising both the first header field carried by the first OFDM symbol and a second header field carried by a second OFDM symbol which follows the first OFDM symbol, and the second header field being a repetition of the first header field. <br><br> For example, Wi-Fi 6 devices comprise a wireless receiver.  This feature is indicated below:[2] <br><br> **17.3.10 PHY receiver specifications** <br><br> **17.3.10.1 Introduction** <br><br> The receive specifications associated with the PHY sublayer are described in 17.3.10.2 to 17.3.10.6. <br><br> **17.3.10.2 Receiver minimum input sensitivity** <br><br> The packet error ratio (PER) shall be 10% or less when the PSDU length is 1000 octets and the rate-dependent input level is as shown in Table 17-18. The minimum input levels are measured at the antenna connector (noise factor of 10 dB and 5 dB implementation margins are assumed). |

---

[2] IEEE Std 802.11-2020, Sec. 17.3.10; 19.3.19; 19.3.21; 21.3.18; and 21.3.20

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **17.3.10.3 Adjacent channel rejection**<br><br>The adjacent channel rejection shall be measured by setting the desired signal's strength 3 dB above the rate-dependent sensitivity specified in Table 17-18 and raising the power of the interfering signal until 10% PER is caused for a PSDU length of 1000 octets. The difference in power between the signals in the interfering channel and the desired channel is the corresponding adjacent channel rejection. The interfering signal in the adjacent channel shall be a signal compliant with the OFDM PHY, unsynchronized with the signal in the channel under test. In an OFDM PHY the corresponding rejection shall be no less than specified in Table 17-18.<br><br>An optional enhanced performance specification is provided for systems requiring improved immunity to out-of-channel interfering emissions. If a STA has dot11ACRType equal to 2, the adjacent channel rejection shall be no less than specified in Table 17-19. The interfering signal in the adjacent channel shall be a signal compliant with the OFDM PHY, using transmit mask M (see D.2.4), unsynchronized with the signal in the channel under test. The corresponding minimum receiver sensitivities for each modulation and coding rate are the same as in Table 17-18.<br><br>**17.3.10.5 Receiver maximum input level**<br><br>The receiver shall provide a maximum PER of 10% at a PSDU length of 1000 octets, for a maximum input level of −30 dBm measured at the antenna connector for any baseband modulation. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **19.3.19 HT PHY receiver specification**<br><br>**19.3.19.1 Receiver minimum input sensitivity**<br><br>The packet error ratio (PER) shall be less than 10% for a PSDU length of 4096 octets with the rate-dependent input levels listed in Table 19-23 or less. The minimum input levels are measured at the antenna connector and are referenced as the average power per receive antenna. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized device under test input ports. Each output port of the transmitting STA shall be connected through a cable to one input port of the device under test. The test in this subclause and the minimum sensitivity levels specified in Table 19-23 apply only to non-STBC modes, MCSs 0–31, 800 ns GI, and BCC.<br><br>**19.3.19.2 Adjacent channel rejection**<br><br>For all transmissions in a 20 MHz channel width, the adjacent channel rejection shall be measured by setting the desired signal's strength 3 dB above the rate-dependent sensitivity specified in Table 19-23 and raising the power of an interfering signal of 20 MHz bandwidth until 10% PER is caused for a PSDU length<br><br>(cont.) |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
|  | of 4096 octets. The difference in power between the signals in the interfering channel and the desired channel is the corresponding adjacent channel rejection. The adjacent channel center frequencies shall be separated by 20 MHz when operating in the 5 GHz band, and the adjacent channel center frequencies shall be separated by 25 MHz when operating in the 2.4 GHz band.<br><br>For all transmissions in a 40 MHz channel width, the adjacent channel rejection shall be measured by setting the desired signal's strength 3 dB above the rate-dependent sensitivity specified in Table 19-23 and raising the power of an interfering signal of 40 MHz bandwidth until 10% PER is caused for a PSDU length of 4096 octets. The difference in power between the signals in the interfering channel and the desired channel is the corresponding adjacent channel rejection. The adjacent channel center frequencies shall be separated by 40 MHz.<br><br>The interfering signal in the adjacent channel shall be a signal compliant with the HT PHY, unsynchronized with the signal in the channel under test. The corresponding rejection shall be no less than specified in Table 19-23. The interference signal shall have a minimum duty cycle of 50%.<br><br>The test in this subclause and the adjacent channel rejection levels specified in Table 19-23 apply only to non-STBC modes, MCSs 0–31, 800 ns GI, and BCC.<br><br>**19.3.19.4 Receiver maximum input level**<br><br>The receiver shall provide a maximum PER of 10% at a PSDU length of 4096 octets, for a maximum input level of −30 dBm in the 5 GHz band and −20 dBm in the 2.4 GHz band, measured at each antenna for any baseband modulation. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **19.3.21 PHY receive procedure**<br><br>Typical PHY receive procedures are shown in Figure 19-25 and Figure 19-26. The receive procedures correspond to HT-mixed format and HT-greenfield format, respectively. A typical state machine implementation of the receive PHY is given in Figure 19-27. These receive procedures and state machine do not describe the operation of optional features, such as LDPC or STBC. If the detected format indicates a non-HT PPDU format (denoted "Not HT-SIG" in Figure 19-27), refer to the receive procedure and state machine in 17.3.12 or 18.3.5. Further, through station management (via the PLME), the PHY is set to the appropriate frequency, as specified in 19.4. Other receive parameters, such as RSSI and indicated DATARATE, may be accessed via the PHY SAP.<br><br>**21.3.18 VHT receiver specification**<br><br>For tests in this subclause, the input levels are measured at the antenna connector and are referenced as the average power per receive antenna. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized Device Under Test input ports. Each output port of the transmitting STA shall be connected through a cable to one input port of the Device Under Test.<br><br>**21.3.18.1 Receiver minimum input sensitivity**<br><br>The packet error ratio (PER) shall be less than 10% for a PSDU length of 4096 octets with the rate-dependent input levels listed in Table 21-25. The test in this subclause and the minimum sensitivity levels specified in Table 21-25 apply only to non-STBC modes, 800 ns GI, BCC, and VHT PPDUs. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **21.3.18.2 Adjacent channel rejection**<br><br>Adjacent channel rejection for $W$ MHz channels (where $W$ is 20, 40, 80 or 160) shall be measured by setting the desired signal's strength 3 dB above the rate-dependent sensitivity specified in Table 21-25 and raising the power of the interfering signal of $W$ MHz bandwidth until 10% PER is caused for a PSDU length of 4096 octets. The difference in power between the signals in the interfering channel and the desired channel is the corresponding adjacent channel rejection. The center frequency of the adjacent channel shall be placed $W$ MHz away from the center frequency of the desired signal.<br><br>Adjacent channel rejection for 80+80 MHz channels shall be measured by setting the desired signal's strength 3 dB above the rate-dependent sensitivity specified in Table 21-25. Then, an interfering signal of 80 MHz bandwidth is introduced, where the center frequency of the interfering signal is placed 80 MHz away from the center frequency of the frequency segment lower in frequency of the desired signal. The power of the interfering signal is raised until 10% PER is caused for a PSDU length of 4096 octets. Let $\Delta P_1$<br><br>be the power difference between the interfering and desired signal. Next, the interfering signal of 80 MHz bandwidth is moved to a frequency where the center frequency of the interfering signal is 80 MHz away from the center frequency of the frequency segment higher in frequency of the desired signal. The power of the interfering signal is raised until 10% PER is caused for a PSDU length of 4096 octets. Let $\Delta P_2$ be the power difference between the interfering and desired signal. The smaller value between $\Delta P_1$ and $\Delta P_2$ is the corresponding adjacent channel rejection.<br><br>The interfering signal in the adjacent channel shall be a signal compliant with the VHT PHY, unsynchronized with the signal in the channel under test, and shall have a minimum duty cycle of 50%. The corresponding rejection shall be no less than specified in Table 21-26.<br><br>The test in this subclause and the adjacent sensitivity levels specified in Table 21-26 apply only to non-STBC modes, 800 ns GI, BCC, and VHT PPDUs. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **21.3.18.4 Receiver maximum input level**<br><br>The receiver shall provide a maximum PER of 10% at a PSDU length of 4096 octets, for a maximum input level of –30 dBm, measured at each antenna for any baseband VHT modulation.<br><br>**21.3.20 PHY receive procedure**<br><br>A typical PHY receive procedure is shown in Figure 21-36 for VHT format. A typical state machine implementation of the receive PHY is given in Figure 21-37. This receive procedure and state machine do not describe the operation of optional features, such as LDPC or STBC. If the detected format indicates a NON_HT PPDU format (denoted "Not VHT-SIG-A" in Figure 21-37), refer to the receive procedure and state machine in 17.3.12. If the detected format indicates an HT PPDU format (denoted "HT_SIG (HT GF preamble)" and "HT_SIG (HT MF preamble)" in Figure 21-37), refer to the receive procedure and state machine in 19.3.21. Further, through station management (via the PLME) the PHY is set to the appropriate frequency, as specified in 21.4. The PHY has also been configured with group information (i.e., group membership and position in group) so that it can receive data intended for the STA. Other receive parameters, such as RSSI and indicated DATARATE, may be accessed via the PHY SAP. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The wireless receiver is configured to receive a wireless packet through a communication channel. Wi-Fi 6 devices comprise high-efficiency stations (HE STAs) capable of receiving physical layer protocol data units (PPDUs) via 2.4, 5, and 6 Ghz channels.  This is indicated below:[3] <br><br> **27. High-efficiency (HE) PHY specification** <br><br> **27.1 Introduction** <br><br> **27.1.1 Introduction to the HE PHY** <br><br> Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications: <br><br> — Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band. <br><br> — Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band. <br><br> — Clause 19 if the HE STA is operating in the 2.4 GHz band. <br><br> — Clause 17 if the HE STA is operating in the 6 GHz band. <br><br> For 2.4 GHz band operation, the HE PHY is based on HT PHY defined in Clause 19, which in turn is based on the OFDM PHY defined in Clause 17. <br><br> For 5 GHz band operation, the HE PHY is based on the VHT PHY defined in Clause 21, which in turn is based on the HT PHY defined in Clause 19, which in turn is further based on the OFDM PHY defined in Clause 17. <br><br> For 6 GHz band operation, the HE PHY is based on the OFDM PHY defined in Clause 17. |

---

[3] IEEE Std 802.11ax-2021, Sec. 27.1.1.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[4]<br><br>**27.3.22 HE receive procedure**<br><br>Typical PHY receive procedures are shown in Figure 27-59, Figure 27-60, Figure 27-61, and Figure 27-62, respectively.<br><br><br><br>**Figure 27-59—PHY receive procedure for an HE SU PPDU** |

---

[4] IEEE Std 802.11ax-2021, Sec. 27.3.22

10

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>Figure 27-60—PHY receive procedure for an HE ER SU PPDU |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---------|-----------------------------------|
| | (cont.)<br><br>**Figure 27-61—PHY receive procedure for an HE MU PPDU** |

12

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>**Figure 27-62—PHY receive procedure for an HE TB PPDU** |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[5]<br><br>**27.2.6 Support for non-HT, HT, and VHT formats**<br><br>**27.2.6.1 General**<br><br>An HE STA logically contains Clause 15, Clause 16, Clause 17, Clause 18, Clause 19, Clause 21, and Clause 27 PHYs. The MAC interacts with the PHYs via the Clause 27 PHY service interface, which in turn interacts with the Clause 15, Clause 16, Clause 17, Clause 18, and Clause 19, and Clause 21 PHY service interfaces as shown in Figure 27-1, Figure 27-2, and Figure 27-3.<br><br><br><br>**Figure 27-2—PHY interaction on receive for various PPDU formats** |

---

[5] IEEE Std 802.11ax-2021, Sec. 27.2.6.1.

14

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | Formats of the wireless packet include a first packet format and a second packet format. PPDUs include a first packet format and a second packet format. This is indicated below:[6] |

### 27.1.4 PPDU formats

The structure of the PPDU transmitted by an HE STA is determined by the TXVECTOR parameters as defined in Table 27-1.

The FORMAT parameter determines the overall structure of the PPDU and can take on one of the following values:

— Non-HT format (NON_HT), based on Clause 17 or Clause 18 and including non-HT duplicate format.

— HT-mixed format (HT_MF) as specified in Clause 19.

— HT-greenfield format (HT_GF) as specified in Clause 19.

— VHT format (VHT) as defined in Clause 21.

— HE SU PPDU format (HE_SU) that carries a single PSDU. With this format the HE-SIG-A field is not repeated.

— HE ER SU PPDU format (HE_ER_SU) that carries a single PSDU. It is similar to the HE SU PPDU format, except that the HE-SIG-A field is repeated.

— HE MU PPDU format (HE_MU) that carries one or more PSDUs to one or more users.

— HE TB PPDU format (HE_TB) that carries a single PSDU and is sent in response to a PPDU that carries a triggering frame. The preamble format prior to the HE-STF field is identical to the HE SU PPDU.

---

[6] IEEE Std 802.11ax-2021, Sec. 27.1.4.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The first packet format comprises a first header field carried by a first orthogonal frequency division multiplexing (OFDM) symbol.  This is shown below:[7]<br><br>**19.3.2 PPDU format**<br><br>Two formats are defined for the PPDU: HT-mixed format and HT-greenfield format. These two formats are called *HT formats*. Figure 19-1 shows the non-HT format[44] and the HT formats. The HT formats can be used for MCS 32 that provides the lowest rate in a 40 MHz channel (see in 19.3.11.11.5). In addition to the HT formats, there is a non-HT duplicate format (specified in 19.3.11.12) that duplicates the 20 MHz non-HT packet in two 20 MHz halves of a 40 MHz channel.<br><br><br><br>**Figure 19-1—PPDU format** |

---

[7] IEEE Std 802.11-2020, Sec. 19.3.2.

16

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>The elements of the PPDU are summarized in Table 19-5.<br><br>**Table 19-5—Elements of the HT PPDU**<br><br>| Element | Description |<br>| --- | --- |<br>| L-STF | Non-HT Short Training field |<br>| L-LTF | Non-HT Long Training field |<br>| L-SIG | Non-HT SIGNAL field |<br>| HT-SIG | HT SIGNAL field |<br>| HT-STF | HT Short Training field | |

17

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[8] <br><br> **21.3.2 VHT PPDU format** <br><br> A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 21-4 shows the VHT PPDU format. <br><br> <br><br> **Figure 21-4—VHT PPDU format** <br><br> The fields of the VHT PPDU format are summarized in Table 21-4. <br><br> **Table 21-4—Fields of the VHT PPDU** <br><br> (see table below) |

Table 21-4—Fields of the VHT PPDU

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carrying the PSDU(s) |

---

[8] IEEE Std 802.11-2020, Sec. 21.3.2.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The second packet format comprises both the first header field carried by the first OFDM symbol and a second header field carried by a second OFDM symbol which follows the first OFDM symbol. This is indicated below:[9]<br><br>**27.3.4 HE PPDU formats**<br><br>Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.<br><br>NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.<br><br>The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.<br><br>**Figure 27-8—HE SU PPDU format**<br><br>The format of the HE MU PPDU is defined as in Figure 27-9. This format is used for transmission to one or more users if the PPDU is not a response of a Trigger frame. In the HE MU PPDU, the HE-SIG-A field is not repeated. The HE-SIG-B field is present in this format.<br><br>**Figure 27-9—HE MU PPDU format** |

_____

[9] IEEE Std 802.11ax-2021, Sec. 27.3.4.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>The format of the HE ER SU PPDU is defined as in Figure 27-10. This format is used for SU transmission, and in this format, the HE-SIG-A field is twice as long as the HE-SIG-A field in other HE PPDU formats.<br><br><br><br>**Figure 27-10—HE ER SU PPDU format**<br><br>The format of the HE TB PPDU is defined as in Figure 27-11. This format is used for a transmission that is a response to a triggering frame from an AP.<br><br>The format of the HE TB PPDU is the same as the HE SU PPDU, except that the duration of the HE-STF field in the HE TB PPDU is twice the duration of the HE-STF field in the HE SU PPDU.<br><br><br><br>**Figure 27-11—HE TB PPDU format** |

20

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | The second header field is a repetition of the first header field. This is indicated below:[10] <br><br> The fields of the HE PPDU formats are summarized in Table 27-11. <br><br> **Table 27-11—HE PPDU fields** <br><br> <table><tr><th>Field</th><th>Description</th></tr><tr><td>L-STF</td><td>Non-HT Short Training field</td></tr><tr><td>L-LTF</td><td>Non-HT Long Training field</td></tr><tr><td>L-SIG</td><td>Non-HT SIGNAL field</td></tr><tr><td>RL-SIG</td><td>Repeated Non-HT SIGNAL field</td></tr><tr><td>HE-SIG-A</td><td>HE SIGNAL A field</td></tr><tr><td>HE-SIG-B</td><td>HE SIGNAL B field</td></tr><tr><td>HE-STF</td><td>HE Short Training field</td></tr><tr><td>HE-LTF</td><td>HE Long Training field</td></tr><tr><td>Data</td><td>The Data field carrying the PSDU(s)</td></tr><tr><td>PE</td><td>Packet extension field</td></tr></table> <br><br> The RL-SIG, HE-SIG-A, HE-STF, HE-LTF, and PE fields are present in all HE PPDU formats. The HE-SIG-B field is present only in the HE MU PPDU. The PE field is defined in 27.3.13. <br><br> The L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, and HE-SIG-B fields are referred to as *pre-HE modulated fields*, while the HE-STF, HE-LTF, Data, and PE fields are referred to as *HE modulated fields*. |

[10] IEEE Std 802.11ax-2021, Sec. 27.3.4.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | As indicated above, the first header field (L-SIG) and the second header field (RL-SIG) each comprises an OFDM symbol.  See also:[11]  |

---

[11] Rohde & Schwarz, White Paper, IEEE 802.11ax Technology Introduction, Ver. 1.0, at pp. 7-8 (annotated) (available at https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/premiumdownloads/premium_dl_brochures_and_datasheets/premium_dl_whitepaper/IEEE-802-11ax-Technology-Introduction_wp_3609-9470-52_v0100.pdf).

22

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br> |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[12] <br><br> **27.3.11.5 L-SIG field** <br><br> The L-SIG field is used to communicate rate and length information. The structure of the L-SIG field is defined in Figure 17-5. <br><br> In an HE PPDU, the RATE field shall be set to the value representing 6 Mb/s in the "Rate (20 MHz channel spacing)" column of Table 17-6. In a non-HT duplicate PPDU, the RATE field is defined in 17.3.4.2 using the L_DATARATE parameter in the TXVECTOR. <br><br> For an HE TB PPDU, the LENGTH field is set to the TXVECTOR parameter L_LENGTH. For an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU, the LENGTH field is set to the value given by the Equation (27-11). <br><br> $$\text{Length} = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$ <br><br> where <br> $TXTIME$ is defined in 27.4.3 (in µs) <br> $m$ is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise <br> $SignalExtension$ is 0 µs if the TXVECTOR parameter NO_SIG_EXTN is true and is aSignalExtension as defined in Table 27-54 if the TXVECTOR parameter NO_SIG_EXTN is false <br><br> In a non-HT duplicate PPDU, the LENGTH field is defined in 17.3.4.3 using the L_LENGTH parameter in the TXVECTOR. <br><br> The Reserved (R) field shall be set to 0. <br><br> The Parity (P) field has the even parity of bits 0-16. <br><br> The SIGNAL TAIL field shall be set to 0. <br><br> The L-SIG field shall be encoded, interleaved, and mapped following the steps described in 17.3.5.6, 17.3.5.7, and 17.3.5.8. The stream of 48 complex numbers generated by these steps is denoted by |

---

[12] IEEE Std 802.11ax-2021, Sec. 27.3.11.5.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>$d_k$, $k = 0, \ldots, 47$ and is mapped to subcarriers $[-26, 26]$. In addition, values $[-1, -1, -1, 1]$ are mapped to the extra subcarriers $[-28, -27, 27, 28]$ of the L-SIG field of a 20 MHz HE PPDU. Subcarriers $[-28, -27, 27, 28]$ are also BPSK modulated. Pilots shall be inserted as described in 17.3.5.9.<br><br>If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform of the L-SIG field, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as given by Equation (27-12).<br><br>$$r_{\text{L-SIG}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{\text{L-SIG}}^{\text{Tone}} \cdot \frac{\Omega_{20\text{MHz}}}{N_{20\text{MHz}}}}} w_{T_{\text{L-SIG}}}(t) \qquad (27\text{-}12)$$<br><br>$$\sum_{i_{BW} \in \Omega_{20\text{MHz}}} \sum_{k=-28}^{28} \left( \begin{array}{l} \Upsilon_{(k - K_{\text{Shift}}(i_{BW})), \, BW} \eta_{\text{L-SIG}, \, k}(D_{k, 20} + p_0 P_k) \\ \cdot \exp(j 2\pi (k - K_{\text{Shift}}(i_{BW})) \Delta_{F, \, \text{Pre-HE}}(t - T_{GI, \, \text{Pre-HE}} - T_{CS}^{i_{TX}})) \end{array} \right)$$<br><br>where<br><br>$\eta_{\text{L-SIG}, \, k}$ is a PPDU-dependent scaling factor for the L-SIG field on the subcarrier $k$ defined as follows:<br><br>$$\eta_{\text{L-SIG}, \, k} = \begin{cases} \sqrt{2}, & k = \pm 28, \pm 27 \text{ for an HE ER SU PPDU} \\ \left[\frac{1}{\sqrt{2}}, 1\right], & \text{for an HE TB PPDU} \\ 1, & \text{otherwise} \end{cases}$$ |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>$T_{GI,\text{Pre-HE}}$ is given in Table 27-12<br><br>$K_{Shift}(i) = (N_{20\text{MHz}} - 1 - 2i) \cdot 32$<br><br>$$D_{k,20} = \begin{cases} 0, k = 0, \pm 7, \pm 21 \\ -1, k = -28, -27, 27 \\ 1, k = 28 \\ d_{M'_{20}(k)}, \text{ otherwise} \end{cases}$$<br><br>$$M'_{20}(k) = \begin{cases} k + 26, -26 \leq k \leq -22 \\ k + 25, -20 \leq k \leq -8 \\ k + 24, -6 \leq k \leq -1 \\ k + 23, 1 \leq k \leq 6 \\ k + 22, 8 \leq k \leq 20 \\ k + 21, 22 \leq k \leq 26 \end{cases}$$<br><br>$P_k$ is defined in 17.3.5.10<br><br>$P_0$ is the first pilot value in the sequence defined in 17.3.5.10<br><br>$N_{\text{L-SIG}}^{\text{Tone}}$ is defined in Table 27-16<br><br>$T_{CS}^{i_{TX}}$ represents the cyclic shift for transmit chain $i_{TX}$ with a value given in 27.3.11.2.1<br><br>NOTE—$M'_{20}(k)$ is a "reverse" function of the function $M(k)$ defined in 17.3.5.10. |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | (cont.)<br><br>If the TXVECTOR parameter BEAM_CHANGE is 0, the time domain waveform of the L-SIG field, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as given by Equation (27-13).<br><br>$$r_{L\text{-}SIG}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{L\text{-}SIG}^{Tone} \cdot \frac{|\Omega_{20MHz}|}{N_{20MHz}}}} w_{T_{L\text{-}SIG}}(t) \qquad (27\text{-}13)$$<br><br>$$\sum_{i_{BW}=0}^{N_{20MHz}-1} \sum_{k=-28}^{28} \sum_{m=1}^{N_{STS}} \left( \left[ Q_{4(k-K_{Shift}(i_{BW}))}^{(i_{Seg})} \right]_{i_{TX}, m} \left[ A_{HE\text{-}LTF}^{4(k-K_{Shift}(i_{BW}))} \right]_{m,1} \eta_{L\text{-}SIG, k}(D_{k,20} + p_0 P_k) \right.$$<br>$$\left. \cdot \exp(j2\pi(k-K_{Shift}(i_{BW}))\Delta_{F, Pre\text{-}HE}(t - T_{GI, Pre\text{-}HE} - T_{CS, HE}(m))) \right)$$<br><br>where<br><br>$T_{CS, HE}(m)$    represents the cyclic shift for space-time stream $m$ as defined in 27.3.11.2.2<br><br>$Q_k^{(i_{Seg})}$    is defined in 27.3.10<br><br>$A_{HE\text{-}LTF}^k$    is defined in Equation (27-55) |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[13]<br><br>**27.3.11.6 RL-SIG field**<br><br>The RL-SIG field is a repeat of the L-SIG field and is used to differentiate an HE PPDU from a non-HT PPDU, HT PPDU, and VHT PPDU.<br><br>If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform of the RL-SIG field, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as given by Equation (27-14).<br><br>$$r_{\text{RL-SIG}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{\text{RL-SIG}}^{\text{Tone}} \cdot \frac{|\Omega_{\text{20MHz}}|}{N_{\text{20MHz}}}}} w_{T_{\text{RL-SIG}}}(t) \qquad (27\text{-}14)$$<br><br>$$\sum_{i_{BW} \in \Omega_{\text{20MHz}}} \sum_{k=-28}^{28} \left( \begin{array}{l} \Upsilon_{(k - K_{\text{Shift}}(i_{BW})), \text{BW}} \eta_{\text{L-SIG}, k}(D_{k, 20} + p_1 P_k) \\ \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F, \text{Pre-HE}}(t - T_{GI, \text{Pre-HE}} - T_{CS}^{i_{TX}})) \end{array} \right)$$<br><br>If the TXVECTOR parameter BEAM_CHANGE is 0, the time domain waveform of the RL-SIG field, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as given by Equation (27-15).<br><br>$$r_{\text{RL-SIG}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{\text{RL-SIG}}^{\text{Tone}} \cdot \frac{|\Omega_{\text{20MHz}}|}{N_{\text{20MHz}}}}} w_{T_{\text{RL-SIG}}}(t) \qquad (27\text{-}15)$$<br><br>$$\sum_{i_{BW}=0}^{N_{\text{20MHz}}-1} \sum_{k=-28}^{28} \sum_{m=1}^{N_{STS}} \left( \begin{array}{l} \left[Q_{4(k-K_{\text{Shift}}(i_{BW}))}^{(i_{Seg})}\right]_{i_{TX}, m} \left[A_{\text{HE-LTF}}^{4(k-K_{\text{Shift}}(i_{BW}))}\right]_{m, 1} \eta_{\text{L-SIG}, k}(D_{k, 20} + p_1 P_k) \\ \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F, \text{Pre-HE}}(t - T_{GI, \text{Pre-HE}} - T_{CS, \text{HE}}(m))) \end{array} \right)$$<br><br>where<br>$p_1$      is the second pilot value in the sequence defined in 17.3.5.10<br>other variables    are defined after Equation (27-1), Equation (27-3), Equation (27-4), Equation (27-6), Equation (27-8), and Equation (27-12) |

---

[13] IEEE Std 802.11ax-2021, Sec. 27.3.11.6.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| a demodulator configured to demodulate the received wireless packet, | The Accused Instrumentalities comprise a demodulator configured to demodulate the received wireless packet.<br><br>For example, Wi-Fi 6 devices comprise a demodulator configured to demodulate the received wireless packet.  This is indicated below:[14]<br><br>**27.3 HE PHY**<br><br>**27.3.1 Introduction**<br><br>Subclause 27.3 provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.<br><br>During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.<br><br>**17.3 OFDM PHY**<br><br>**17.3.1 Introduction**<br><br>Subclause 17.3 provides a convergence procedure in which PSDUs are converted to and from PPDUs. During transmission, the PSDU shall be provided with a PHY preamble and header to create the PPDU. At the receiver, the PHY preamble and header are processed to aid in demodulation and delivery of the PSDU. |

---

[14] IEEE Std 802.11ax-2021, Sec. 27.3.1; IEEE Std 802.11-2020, Sec. 17.3; 19.3; 21.3; 27.3.1.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | **17.3.12 Receive PHY**<br><br>The receive PHY is shown in Figure 17-19. In order to receive data, the PHY-TXSTART.request primitive shall be disabled so that the PHY entity is in the receive state. Further, through STA management (via the PLME) the PHY is set to the appropriate frequency. Other receive parameters, such as RSSI, RCPI, and indicated DATARATE, may be accessed via the PHY SAP.<br><br>**19.3 HT PHY**<br><br>**19.3.1 Introduction**<br><br>Subclause 19.3 provides a procedure in which PSDUs are converted to and from PPDUs. During transmission, the PSDU is processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in demodulation and delivery of the PSDU.<br><br>**21.3.1 Introduction**<br><br>This subclause provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.<br><br>During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.<br><br>Pre-VHT modulated fields refer to the L-STF, L-LTF, L-SIG, and VHT-SIG-A fields, while VHT modulated fields refer to the VHT-STF, VHT-LTF, VHT-SIG-B, and Data fields (see Figure 21-17). |

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| wherein the wireless receiver distinguishes the second packet format from the first packet format by detecting, from the received wireless packet, the second header field which repeats the first header field. | The Accused Instrumentalities comprise wherein the wireless receiver distinguishes the second packet format from the first packet format by detecting, from the received wireless packet, the second header field which repeats the first header field.<br><br>For example, in the Wi-Fi 6 devices, the wireless receiver distinguishes the second packet format from the first packet format by detecting, from the received wireless packet, the second header field which repeats the first header field.  This is indicated below:[15]<br><br>**27.3.11.6 RL-SIG field**<br><br>The RL-SIG field is a repeat of the L-SIG field and is used to differentiate an HE PPDU from a non-HT PPDU, HT PPDU, and VHT PPDU. |

[15] IEEE Std 802.11ax-2021, Sec. 27.3.11.6.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[16]<br><br>A typical state machine implementation of the receive PHY is given in Figure 27-63.<br><br> |

---

[16] IEEE Std 802.11ax-2021, Fig. 27-63.

**Appendix E**
**Claim Chart for U.S. Patent No. 11,212,146**

| Claim 1 | Wi-Fi 6 Accused Instrumentalities |
|---|---|
| | See also:[17]<br><br>After the PHY-CCA.indication(BUSY, channel-list) primitive is issued, the PHY entity shall begin receiving the training symbols and searching for the preambles for non-HT, HT, VHT, and HE PPDUs, respectively. If the constellation used in the first symbol after the first long training field is QBPSK, the PHY entity shall continue to detect the received signal using the receive procedure for HT-GF depicted in Clause 19. Otherwise, for detecting the HE preamble, the PHY entity shall search for L-SIG and RL-SIG fields in order to set the maximum duration of the data stream. If an RL-SIG field is detected, the PHY entity should check the parity bit and RATE fields in the L-SIG and RL-SIG fields. If either the check of the parity bit is invalid or the RATE field is not set to 6 Mb/s in non-HT, a PHY-RXSTART.indication primitive is not issued. If the check of the parity bit is valid and the RATE field indicates 6 Mb/s in non-HT but the LENGTH field value in the L-SIG field is a multiple of 3, a PHY-RXSTART.indication primitive is not issued. In both cases, the PHY should continue to detect the received signal using non-HT, HT, and VHT receive procedure in Clause 17, Clause 19, and Clause 21, respectively.<br><br>If a valid parity bit and the RATE with 6 Mb/s in non-HT are indicated in the L-SIG and RL-SIG fields and the LENGTH field value in the L-SIG and RL-SIG fields meets the condition that the remainder is 1 after LENGTH divided by 3, the PHY entity should begin receiving the sequence of HE-SIG-A, HE-STF, and HE-LTF fields for the HE SU PPDU and HE TB PPDU as shown in Figure 27-59 and Figure 27-62, respectively. After the RL-SIG field, the PHY entity shall receive two symbols of the HE-SIG-A field immediately followed by HE-STF. |

---

[17] IEEE Std 802.11ax-2021, at p. 655.