**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AX WIRELESS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00280-JRG-RSP |
| | § | |
| LENOVO GROUP LIMITED, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the Unopposed Motion for Jurisdictional Discovery filed by Plaintiff AX Wireless LLC. **Dkt. No. 42**. The Court previously extended deadlines related to Defendant Lenovo Group Limited's Motion to Dismiss (Dkt. No. 35). *See* Dkt. No. 39. Accordingly, Ax Wireless has until 14 days after completion of jurisdictional discovery to respond to Lenovo's Motion to Dismiss, and Lenovo has until 14 days after Ax Wireless's response to file its reply brief.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that jurisdictional discovery shall be deemed complete for purposes of the foregoing deadlines on the day the parties receive a final transcript for the final deposition taken for purposes of jurisdictional discovery.

It is **FURTHER ORDERED** that jurisdictional discovery is approved as follows:

- Interrogatories. Plaintiff shall be permitted to serve ten (10) interrogatories on Lenovo relating to the topics raised in Lenovo's Motion to Dismiss and declarations. Service of such interrogatories shall occur no later than seven (7) days after entry of this Order, and written responses to the interrogatories are due within thirty (30) days after the interrogatories are served.

- Requests for Production. Plaintiff shall be permitted to serve ten (10) requests for production on Lenovo relating to the topics raised in Lenovo's Motion to Dismiss and declarations. Service of such requests shall occur no later than seven (7) days after entry of this Order, and written responses to the requests are due within thirty (30) days after the requests are served, with document production to occur within seven (7) days of written responses being served.

- Depositions Pursuant to 30(b)(6) and 30(b)(1). Plaintiff may take up to twelve (12) hours of 30(b)(6) and 30(b)(1) depositions relating to the topics raised in Lenovo's Motion to Dismiss and declarations, with one of Lenovo's 30(b)(1) deponents being the 30(b)(6) deponent. For good cause shown, Plaintiff may move for additional hours of deposition time.

- Miscellaneous. Any Party may later move to modify these limitations for good cause. The scope of the depositions and discovery taken must be related to the jurisdictional questions raised in Lenovo's Motion to Dismiss and declarations. The jurisdictional discovery taken pursuant to this Order will not count against the limits set out in the Court's Discovery Order governing this case.

**SIGNED this 8th day of February, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE