IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AX WIRELESS LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> *Defendant*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:22-CV-00280-RWS-RSP |

## FINAL JUDGMENT

Before the Court is the Parties' Joint Stipulation to Dismiss. Docket No. 175. In the joint stipulation, the parties stipulate to the dismissal with prejudice of all claims of Plaintiff AX Wireless LLC ("AX Wireless") against Defendant Lenovo Group Limited ("Lenovo") and to the dismissal without prejudice of all claims of Lenovo against AX Wireless. *Id.* at 1. The parties also stipulate that each party shall bear its own attorneys' fees, costs of court, and expenses. *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that all claims of AX Wireless against Defendant Lenovo are **DISMISSED WITH PREJUDICE** and all claims of Lenovo against AX Wireless are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that each party shall bear its own attorneys' fees, costs of court, and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 24th day of May, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE